UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH WILLIAMS HASKINS and )
PHYLLIS JEAN HASKINS, )
     Plaintiffs, )
          ) No. 1:16-cv-941
-v- )
          ) Honorable Paul L. Maloney
WILMINGTON SAVINGS FUND SOCIETY, FSB, )
d/b/a Christiana Trust, not individually )
but as Trustee for Pretium Mortgage )
Acquisition Trust, )
     Defendant. )
          )

## JUDGMENT

The Court has dismissed all pending claims in this lawsuit. Having resolve all matters, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: November 7, 2017       /s/ Paul L. Maloney
                  Paul L. Maloney
                  United States District Judge